Nandini K. Iyer (State Bar No. 271289)
niyer@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     +1.650.739.3939
Facsimile:     +1.650.739.3900

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Saxon S. Peters, | **Case No. 2:14-cv-01616-TLN-AC** |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE** |
| v. | |
| PNC Bank, National Association; Equifax Information Services LLC, a Georgia limited liability company, and Experian Information Solutions, Inc., an Ohio Corporation, | |
| Defendant. | |

Whereas Experian's attorney, Nandini Iyer, will be on medical leave from February 9, 2015 through March 15, 2015;

Whereas, the parties believe more time is needed to complete discovery, to retain experts given the circumstances, and prepare for the settlement conference;

IT IS HEREBY STIPULATED that the discovery cut-off deadline for non-expert discovery be extended from March 2, 2015 to May 1, 2015, and expert discovery cut-off deadline be extended from May 27, 2015 to June 26, 2015, and all other dates be moved as per the judge's calendar.

Date: January 30, 2015                    */s/ Thomas P. Quinn*
                                           Thomas P. Quinn (SBN 132268)
                                           NOKES & QUINN

410 Broadway, Suite 210
Laguna Beach, CA 92651
Phone: 949.376.3500
Fax: 949.376.3070
Email: tquinn@nokesquinn.com

Attorney for Defendant Equifax Information Services LLC

Date: January 30, 2015

/s/ *Mark F. Anderson*
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street, Suite 914
San Francisco, CA 94104
Phone: 415.651.1951
Fax: 415.500.8300
mark@aoblawyers.com

Attorney for Plaintiff Saxon S. Peters

Date: January 30, 2015

*/s/ Nandini Iyer*
Nandini Iyer (SBN 271289)
JONES DAY
1755 Embarcadero Center
Palo Alto, CA 94303
Phone: 650.739.3939
Fax: 650.739.3900
niyer@jonesday.com

Attorney for Defendant Experian Information Solutions, Inc.

## ORDER

Based upon the parties' stipulation and for good cause shown, the discovery cutoff date is continued to May 1, 2015, and expert discovery cut-off deadline to June 26, 2015, and all the other dates in the pretrial scheduling order will remain the same.

Dated:  January 30, 2015

_____
Troy L. Nunley
United States District Judge

Case No. 2:14-cv-01616-TLN-AC

STIPULATION AND ORDER
TO EXTEND DISCOVERY DEADLINE

- 2 -