1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SAXON S. PETERS,                        No.  2:14-cv-1616 TLN AC

12                   Plaintiff,

13        v.                                 ORDER

14   PNC BANK, NATIONAL
     ASSOCIATION, et al.,
15
                     Defendants.
16

17        Plaintiff and defendant Experian Information Solutions, Inc. have filed a stipulated

18   proposed protective order.  ECF No. 18.  Counsel for plaintiff emailed a proposed protective

19   order to Chambers, correcting most of the incorrect Local Rule references in the filed document.[1]

20   However, the parties have not filed a corrected document with the Clerk.  The court believes that

21   it is the better practice to file the actual stipulated proposed order which the parties want the court

22   to sign.  See E.D. Cal. R. 141.1(b)(1) (proposed stipulated protective order to be submitted in

23   accordance with Local Rule 143), and 143(a)(1) (stipulations shall be "filed").

24        Accordingly, IT IS HEREBY ORDERED THAT the court does NOT APPROVE the filed

25   stipulated proposed protective order (ECF No. 18), or the emailed stipulation.  The parties are

26   ////

27   _____

28   [1] The emailed version still relies on "Local Rule 7," which does not exist in this court.

1

1   free to re-submit the stipulation and proposed order in accordance with the Local Rules.

2   DATED: February 20, 2015

3   _____
    ALLISON CLAIRE
4   UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28